176 So.2d 145

**OUACHITA FEDERAL SAVINGS AND LOAN ASSOCIATION**

v.

Richard E. BROWN, Jr., Administrator, Division of Employment Security, Department of Labor, State of Louisiana.

No. 47825.

June 28, 1965.

In re: F. C. Doyal, Jr., Administrator of the Division of Employment Security, Department of Labor, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 175 So.2d 428.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

176 So.2d 145

**Audrey SIMON**

v.

**Aaron P. CASTILLE et al.**

No. 47810.

June 28, 1965.

In re: Audrey Simon applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 174 So.2d 660.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.